UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (16) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WILLIAM JAMES FASTHORSE, | |
| Defendant. | |

_____

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Terry L. Hegna, **HEGNA LAW OFFICE,** 1626 Grotto Street North, St Paul, MN 55117, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Suppress Contents of Intercepted Wire or Oral Communications Derived Therefrom [Docket No. 510], is DENIED.

2. Defendant's Motion for Severance [Docket No. 516], is DENIED.

Dated: March 1, 2016      s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
                             Chief Judge
                             United States District Court