# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 15-165 (16) (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| WILLIAM JAMES FASTHORSE, | |
| Defendant. | |

_____

Deidre Aanstad and Melinda Williams, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Terry L. Hegna, **HEGNA LAW OFFICE,** 1626 Grotto Street North, St Paul, MN 55117, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Suppress Contents of Intercepted Wire or Oral Communications Derived Therefrom [Docket No. 510], is DENIED.

2. Defendant's Motion for Severance [Docket No. 516], is DENIED.

Dated: March 1, 2016  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court